# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT GRUTGEN, | |
|     Petitioner, | 3:07-cv-00543-LRH-VPC |
| vs. | <u>ORDER</u> |
| GLEN WHORTON, *et al.*, | |
|     Respondents. | |

Petitioner's motion (#11) for permission to submit record of past hearings is DENIED as unnecessary. Petitioner need not file a second set of copies of the state court record materials filed previously with #7.

DATED this 21st day of March, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE