# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT GRUTGEN, | |
| Petitioner, | 3:07-cv-00543-LRH-VPC |
| vs. | ORDER |
| GLEN WHORTON, *et al.*, | |
| Respondents. | |

The respondents motion (#18) for enlargement of time is GRANTED, and the time for the respondents to respond to the amended petition and otherwise to comply with the Court's prior order (#14) is extended up to and including Monday, September 8, 2008. Petitioner shall have thirty (30) days from service of the answer, motion to dismiss, or other response to file a reply or opposition, without regard to any shorter deadline established in any form order issued through the Clerk under the *Klingele* decision.

DATED this 14th day of July, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE