1
2
3
4
5
6
7        **UNITED STATES DISTRICT COURT**
8        **DISTRICT OF NEVADA**
9
10   ROBERT GRUTGEN,
     #79184,                                    3:07-cv-00543-LRH-VPC
11          Petitioner,
12                                               ORDER
     vs.
13
14   GLEN WHORTON, *et al.*,
15          Respondents.
16
17          This habeas matter under 28 U.S.C. § 2254 comes before the Court on the petitioner's motion
18   (#28) to increase his inmate copy credit limit.  No opposition has been filed to the motion.
19          Given the lack of an opposition to the motion, and out of an abundance of caution, the Court will
20   grant the motion.  Petitioner should not assume that any further copy credit limit increases will be
21   granted in this matter.  There does not appear to be any need for substantial numbers of copies at this
22   point in this case.  The respondents already have filed relevant state records, and the issues do not
23   appear to be such as to require substantial additional copying.  The present motion, however, will be
24   granted out of an abundance of caution.
25          IT THEREFORE IS ORDERED that the petitioner's motion (#28) to increase his inmate copy
26   limit is GRANTED and that the Nevada Department of Corrections shall increase the plaintiff's credit
27   copy limit by twenty dollars ($20.00).  This increase shall be in addition to any increase ordered in
28   petitioner's other litigation.

1       IT FURTHER IS ORDERED that petitioner shall have  thirty (30) days from entry of this order

2  within which to mail an opposition to the motion to dismiss to the Clerk for filing.

3       DATED this 3rd day of November, 2008.

 

 

 

                                    _____

                                    LARRY R. HICKS
                                    UNITED STATES DISTRICT JUDGE